IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLOTTE A. GREEN**                                                                                   **PLAINTIFF**

v.                                                    **4:20-CV-00131-BSM**

**ANDREW SAUL,**
Commissioner,
Social Security Administration,                                                                  **DEFENDANT**

## ORDER

After carefully reviewing the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 15] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE