IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLOTTE A. GREEN**                                                                  **PLAINTIFF**

v.                                    **4:20-CV-00131-BSM**

**ANDREW SAUL,**
Commissioner,
Social Security Administration,                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, Green's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE